IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                    CIV-S-06-1689 DFL EFB PS

    vs.

VICTOR RAMIREZ,

    Defendant.               <u>ORDER</u>

_____/

       On September 14, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days. On September 18, 2006, plaintiff filed various documents with the court, none of which remedied the defects in her complaint, amended complaint, or application to proceed *in forma pauperis*. Neither do these documents, even liberally construed, constitute objections to the magistrate judge's findings and recommendations.

       Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

1

1 |       The court has reviewed the applicable legal standards and, good cause appearing,
2 | concludes that it is appropriate to adopt the proposed findings and recommendations in full.
3 |       Accordingly, IT IS ORDERED that:
4 |       1. The proposed findings and recommendations filed September 14, 2006, are
5 | ADOPTED;
6 |       2. This action is dismissed without leave to amend; and
7 |       3. The Clerk is directed to close the case.
8 | DATED: 12/19/2006

*[signature]*

DAVID F. LEVI
United States District Judge